UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MERLY FERNANDA CHAPARRO
GUERRERO,

          Petitioner,

v.

WARDEN, BLUEBONNET
DETENTION CENTER,

          Respondent.

No. 1:25-CV-00266-H

## DEFICIENCY SHOW CAUSE ORDER

Petitioner's partner filed a petition for writ of habeas corpus on her behalf, but he did not pay the filing fee. On December 3, 2025, the Court found that the case could not proceed as filed by Petitioner's partner. Dkt. No. 8. But the Court provided Petitioner with an opportunity to pursue habeas relief on her own behalf. *Id.* The Court ordered Petitioner to file an amended petition and either pay the filing fee of $5.00 or file a properly supported application to proceed *in forma pauperis* within 30 days if she intends to pursue her claims.

Petitioner did not respond to the Court's order. The Court therefore orders that if Petitioner intends to pursue relief, she must—within 14 days from the date of this order—file an amended petition and either pay the filing fee of $5.00, file an application to proceed *in forma pauperis*, or show cause why the petition should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

If Petitioner fails to respond to this order, the Court will dismiss the petition without further notice.

So ordered.
Dated January 20, 2026.

JAMES WESLEY HENDRIX
United States District Judge